IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL Q. SANDERS,

      Appellant,

 v.                            Case No.  5D16-1476

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 21, 2016

3.800 Appeal from the Circuit Court
for Orange County,
Alan S. Apte, Judge.

Michael Q. Sanders, Milton, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Andrea K. Totten,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


      AFFIRMED.  See State v. Mancino, 705 So. 2d 1379 (Fla. 1998).



SAWAYA, ORFINGER and EVANDER, JJ., concur.